**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 10 P 3: 26

$50 FEE PAID
# 118586
FEE NOT PAID
(SEND LETTER)

Hasson Sader, et al.
           Plaintiff(s)

vs.                                             Case No.: _____

American Airlines, Inc., et al.                 02 CV 1892
           Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Dwight H. Sullivan, am a member in good standing of the bar of this Court. My bar number is 024570. I am moving the admission of David R. Rocah to appear *pro hac vice* in this case as counsel for plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California (inactive) | 7/6/95 |
| U.S. District Court, N.D. Tex | 8/30/95 |
| New Jersey | 6/3/96 |
| U.S. Court of Appeals, 3rd Cir. | 7/22/96 |
| U.S. Court of Appeals, 4th Cir. | 12/4/01 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                           Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Dwight H. Sullivan | David R. Rocah |
| Printed Name | Printed Name |
| ACLU Foundation of Maryland | ACLU Foundation of Maryland |
| Firm | Firm |
| 2219 St. Paul Street, Baltimore, MD 21218 | 2219 St. Paul Street, Baltimore, MD 21218 |
| Address | Address |
| 410-389-8550, x 3010 | 410-889-8550, x 3011 |
| Telephone Number | Telephone Number |
| 410-366-7838 | 410-366-7838 |
| Fax Number | Fax Number |

Prid _____
Plid 97891

*****************************************************************

### ORDER

☒ GRANTED   ☐ DENIED

_June 10, 2002_                    _____
Date                                United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2