IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HASSAN SADER, et al.          *

      Plaintiffs          *

      vs.                 *          CIVIL ACTION NO. MJG-02-1892

AMERICAN AIRLINES, INC.,
et al.                        *

      Defendants          *

\*  \*  \*  \*  \*  \*  \*  \*  \*

## TRIAL SCHEDULE ORDER

In accordance with the proceedings held in this matter on September 5, 2002:

1. The scheduling of the case through dispositive motions shall be governed by the Scheduling Order issued herewith.

2. The Court is setting an expedited schedule for the trial of the first phase of this case based upon the representations of counsel that they will be cooperative and courteous so as efficiently to conduct necessary discovery.

3. The Court will consider an expansion of discovery time, and thus a revision of this schedule should circumstances warrant.

4. By December 13, 2002:

    a. The Pretrial Order shall be filed.

    b. Any motions in limine shall be filed.

    c. If there is a trial by jury:

        (1) Requested voir dire questions shall be filed (in duplicate) together with an

                      agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

        (2)    Requested jury instructions shall be filed (in duplicate).

      **COUNSEL MUST BE SURE TO NOTE THAT:**

        (3)    **ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.**

        (4)    **ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.**

    d.    Plaintiffs shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time between December 18 and December 31, 2002.

5.    Jury trial shall be held during the week of January 13, 2003 with an estimated duration of two to three trial days.

    a.    It is possible that the trial will start on Tuesday or Wednesday of the week.

    b.    The parties and counsel shall be available for this trial during the period stated above.

    c.    Counsel shall be given as much notice of the precise scheduling as possible.

SO ORDERED this 10th day of September, 2002.

_____
Marvin J. Garbis
United States District Judge