```
                         FILED
                    U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                    2002 SEP 10  P 3: 13
```

HASSAN SADER, et al.            *

       Plaintiffs      *

                        *

     vs.                        *     CIVIL ACTION NO. MJG-02-1892

                        *

AMERICAN AIRLINES, INC.,
et al.                          *

       Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## BIFURCATION ORDER

Pursuant to the conference with counsel, the Court concludes that:

    1.   There shall be separate trials of:

         a.   Issue relating to Defendants' liability to Plaintiff Hassan Sader pertaining to the events of October 31, 2001 and damages relating thereto, and

         b.   Any declaratory or injunctive relief.

    2.   If, in light of the result of the first trial and existing circumstances, it will be necessary to proceed with Plaintiffs' claims for injunctive and/or declaratory relief, a second trial will be scheduled. However, prior to this trial:

         a.   The parties will be permitted a reasonable period of time to engage in discovery as to such matters.

      b.    The Court will consider, in due course, any dispositive motion addressed to such matters.

SO ORDERED this 10th day of September, 2002.

_____
Marvin J. Garbis
United States District Judge