

# AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MARYLAND

Meadow Mill at Woodberry, 3600 Clipper Mill Road, Suite 350, Baltimore, MD 21211
410-889-8555 • 410-366-7838 (FAX) • www.aclu-md.org

December 17, 2002

**VIA FACSIMILE AND U.S. MAIL**

Hon. Marvin J. Garbis
United States District Court
District of Maryland
Northern Division
Garmatz Federal Courthouse
Chambers 5C
101 W. Lombard St.
Baltimore, MD 21201

    Re:    **Sader v. American Airlines, Inc.**
               **Docket No. MJG-02-1892**

Dear Judge Garbis:

    Pursuant to Local Rule 111, the above captioned case was administratively closed by Order dated November 19, 2002, following notification to the Court that a tentative settlement had been reached. Pursuant to that Order, the parties were to complete the settlement within thirty (30) days, by December 19, 2002.

    I write to report that settlement has not yet been consummated, and will not be completed prior to December 19, 2002. The parties are still discussing several provisions in the settlement agreement. I therefore request that the case not be dismissed on December 19, 2002, and that parties be given until January 3, 2003 to complete the settlement. Defendants do not take a position on this request.

Sincerely,

David Rocah
Counsel for Plaintiffs

cc:    Wayne A. Schrader, Esq.
        C. Christopher Brown, Esq.

Approved this 20th day of December, 2002.

Marvin J. Garbis
United States District Judge