

## AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MARYLAND
Meadow Mill at Woodberry, 3600 Clipper Mill Road, Suite 350, Baltimore, MD 21211
410-889-8555 • 410-366-7838 (FAX) • www.aclu-md.org

January 3, 2003

RECEIVED
IN THE CHAMBERS OF

JAN 0 6 2003

UNITED STATES DISTRICT COURT

Hon. Marvin J. Garbis
United States District Court
District of Maryland
Northern Division
Garmatz Federal Courthouse
Chambers 5C
101 W. Lombard St.
Baltimore, MD 21201

Re:   **Sader v. American Airlines, Inc.**
      **Docket No. MJG-02-1892**

Dear Judge Garbis:

Pursuant to Local Rule 111, the above captioned case was administratively closed by Order dated November 19, 2002, following notification to the Court that a tentative settlement had been reached. Pursuant to that Order, the parties were to complete the settlement within thirty (30) days, by December 19, 2002. By Order dated December 20, 2002, the deadline for completing settlement was extended to January 3, 2003.

I write to report that settlement has still not been consummated because of unexpected delays in exchanging information needed to resolve the remaining differences. The information has been exchanged, and the parties anticipate finalizing settlement shortly. I therefore request that the case not be dismissed at present, and that the parties be given until January 17, 2003 to complete the settlement. Defendants do not take a position on this request.

Sincerely,

David Rocah
Counsel for Plaintiffs

cc:   Wayne A. Schrader, Esq.
      C. Christopher Brown, Esq.

_Approved_ this 6th day of January, 2003

Marvin J. Garbis
United States District Judge