

# AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MARYLAND
Meadow Mill at Woodberry, 3600 Clipper Mill Road, Suite 350, Baltimore, MD 21211
410-889-8555 • 410-366-7838 (FAX) • www.aclu-md.org

February 4, 2003

Hon. Marvin J. Garbis
United States District Court
District of Maryland
Northern Division
Garmatz Federal Courthouse
Chambers 5C
101 W. Lombard St.
Baltimore, MD 21201

    Re:    **Sader v. American Airlines, Inc.**
             **Docket No. MJG-02-1892**

Dear Judge Garbis:

      Pursuant to Local Rule 111, the above captioned case was administratively closed by Order dated November 19, 2002, following notification to the Court that a tentative settlement had been reached. Pursuant to that Order, the parties were to complete the settlement within thirty (30) days, by December 19, 2002. The deadline has been extended three times since then.

      I write to report that due to a misunderstanding, I erroneously reported on January 21, 2003 that the parties had finalized the settlement agreement. In fact, the settlement agreement still needs to be approved by American Airlines' General Counsel. I therefore request that the parties be given until February 28, 2003 to complete the settlement. I will notify the Court as soon as the settlement documents are signed. Defendants take no position on this request.

                                                 Sincerely,

                                               David Rocah
                                               Counsel for Plaintiffs

cc:    Wayne A. Schrader, Esq.
        C. Christopher Brown, Esq.

_Entered_ this _6th_ day of _Feby_, 2003

_[signature]_
Marvin J. Garbis
United States District Judge